IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY WILLIAMS,<br><br>Defendant. | 4:25CR3011<br><br>**FINAL ORDER OF FORFEITURE** |

      This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. (Filing No. 50). Having reviewed the record in this case, the Court finds as follows:

      1.    On July 9, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in an O.F. Mossberg Sons Inc. Model 142-A rifle chambered in .22LR; 26 9mm ball rounds with imprint WIN 9mm Luger; and a .22 LR round with C imprint. (Filing No. 39).

      2.    Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on July 11, 2025, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on September 11, 2025. (Filing No. 49).

      3.    The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

      4.    The Motion for Final Order of Forfeiture should be granted. Accordingly,

**IT IS ORDERED:**

      1.    The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 50) is granted;

2. All right, title and interest in and to the O.F. Mossberg Sons Inc. Model 142-A rifle chambered in .22LR; 26 9mm ball rounds with imprint WIN 9mm Luger; and a .22 LR round with C imprint seized from the Defendant on October 2, 2024, held by any person or entity are forever barred and foreclosed;

3. The Government is directed to dispose of the property in accordance with the law.

Dated this 11th day of September, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge